IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02162-PSF-BNB

NOBLE SCOTT KELLY,

Plaintiff,

v.

UNITED PARCEL SERVICE, an Ohio corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Unopposed Motion to Extend Discovery Deadline** [docket no. 23, filed April 26, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to and including **June 18, 2007**, for the sole purpose of obtaining the oral testimony of Gary Watson.  The dispositive deadline is extended to and including **July 1, 2007**.

IT IS FURTHER ORDERED that the Pretrial Conference set for August 1, 2007, is **vacated and reset to September 5, 2007, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 29, 2007**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  April 30, 2007